1

2                    UNITED STATES DISTRICT COURT

3                    EASTERN DISTRICT OF WASHINGTON

4

5   MARVIN W. SCHIFFNER,                )
                                        )
6                  Plaintiff,           )
                                        )          NO.  CV-06-0231-AAM
7          vs.                          )
                                        )          **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                  )            **CIVIL CASE**
    Commissioner of Social Security,    )
9                                       )
                   Defendant.           )
10                                      )
                                        )
11  _____)

12      **DECISION BY THE COURT:**

13          This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15          **IT IS ORDERED AND ADJUDGED** that:

16          Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18          DATED this 19th day of March, 2007.

19                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
20

21

22                                      by: __s/ Karen White_____
                                             Deputy Clerk
23

24

25  cc: all counsel

26